# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-06093-JFW-PLAx                    Date October 2, 2020

Title: Abbyson Living LLC v. Melrose Discount Furniture, Inc.

Present: The Honorable John F. Walter

|  |  |
|---|---|
| S. Reilly | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Not Present                                    Not Present

Proceedings:   ☐ In Court       ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒  Other  NOTICE Notice of Dismissal Pursuant [11]. Make JS-6.

☐  Entered _____.

Initials of Preparer _____ sr